# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL JETTE,<br>Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>    Defendant. | Case No. 2:20-cv-06791-SDW-LDW<br><br>Hon. Leda D. Wettre |

## NOTICE OF MOTION FOR CERTIFICATION OF SETTLEMENT CLASS, PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, AND <u>APPROVAL OF CLASS NOTICE</u>

  PLEASE TAKE NOTICE that on June 21, 2021, or as soon as the matter may be heard by the Honorable Magistrate Judge Leda D. Wettre of the United States District Court for the District of New Jersey, located at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, Plaintiff, Michael Jette, moves for entry of an order preliminarily approving the class action settlement in this case.

  This Motion is based on the accompanying memorandum of law, the record in this action, the argument of counsel and any other matters the Court may consider.

Dated: May 24, 2021      Respectfully submitted:

MILLER SHAH LLP

*/s/ James C. Shah*
Natalie Finkelman Bennett
James C. Shah
2 Hudson Place, Suite100
Hoboken, NJ 07030
Telephone: (866) 540-5505
Facsimile (866) 300-7367
Email: nfinkelman@millershah.com
       jcshah@millershah.com


TYCKO & ZAVAREEI LLP
Hassan A. Zavareei (*pro hac vice*)
1828 L Street NW, Suite 1000
Washington, D.C. 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
Email: hzavareei@tzlegal.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2021, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ James C. Shah*