# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL JETTE, Individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>v.<br>BANK OF AMERICA, N.A.,<br>　　　　　　Defendant. | Case No. 2:20-cv-06791-SDW-LDW<br><br>Hon. Leda D. Wettre |

### NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND ENTRY OF FINAL ORDER AND JUDGMENT

PLEASE TAKE NOTICE that on November 17, 2021, or as soon as the matter may be heard by the Honorable Magistrate Judge Leda D. Wettre of the United States District Court for the District of New Jersey, located at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, Plaintiff, Michael Jette, moves for entry of an order approving the class action settlement in this case.

This Motion is based on the accompanying memorandum of law, the record in this action, the argument of counsel and any other matters the Court may consider.

Dated: October 20, 2021

Respectfully submitted:

MILLER SHAH LLP

*/s/ James C. Shah*
Natalie Finkelman Bennett
James C. Shah
2 Hudson Place, Suite 100
Hoboken, NJ 07030
Telephone: (866) 540-5505
Facsimile (866) 300-7367
Email: nfinkelman@millershah.com
jcshah@millershah.com


TYCKO & ZAVAREEI LLP
Hassan A. Zavareei (*pro hac vice*)
1828 L Street NW, Suite 1000
Washington, D.C. 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
Email: hzavareei@tzlegal.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2021, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                              */s/ James C. Shah*
                              James C. Shah